# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2520
Lower Tribunal No. 2024-CC-004310

_____

JENNIFER LAUREN URBINA,

Appellant,

v.

MELINDA MADDOX,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Polk County.
Stacie L. Kaylor, Judge.

March 27, 2026

PER CURIAM.

AFFIRMED.  *See Baez v. Perez*, 201 So. 3d 692, 694 (Fla. 4th DCA 2016) (A rule 1.540(b) motion cannot be utilized "to overcome [a party's] failure to timely challenge the original final judgment."  (quoting *Beal Bank, S.S.B., Inc. v. Sherwin*, 829 So. 2d 961, 962 (Fla. 4th DCA 2002))).

TRAVER, C.J., and STARGEL and NARDELLA, JJ., concur.

J. Joseph Givner and Kevin D. Salinas, of Givner Law Group, LLP, Miami, for Appellant.

Melinda Maddox, Haines City, pro se.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED